BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
SAMUEL P. GO
Assistant Director, Office of Immigration Litigation
SHANE A. YOUNG
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
D.C. Bar No. 1620020
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4946
Shane.a.young@usdoj.gov
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC GUTIERREZ and RATTANAPORN BOONSENA GUTIERREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General of the United States of America; ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security; UR M. JADDOU, Director of U.S. Citizenship and Immigration Services; and CLYDE MOORE, Field Office Director, Las Vegas Field Office, U.S. Citizenship and Immigration Services,<br><br>Defendants. | Case No. 2:22-cv-01895-ART-EJY<br><br>**Stipulation to Extend Defendants' Deadline to Answer or Otherwise Respond**<br><br>**(First Request)** |

Following the Minute Order entered by this Court on June 16, 2023 (ECF No. 9), the parties met and conferred on June 20, 2023, regarding Defendants' proposal to extend the answering deadline in the present case. The parties stipulate, in coordination with the Minute Order, that Defendants' previous motions be withdrawn (ECF No. 7, No. 8) and Defendants' deadline to answer or otherwise respond to Plaintiffs' complaint will be July 31, 2023. The

purpose of this stipulation is to allow Defendants adequate time to continue the adjudication of the underlying petition—the relief requested—absent further litigation. This is the parties' first stipulation to extend time for Defendants to answer or otherwise respond to the complaint.

  IT IS SO STIPULATED.

Dated: June 30, 2023

*s/ Peter Ashman (with permission)*
PETER ASHMAN
Attorney
617 S. 8th Street, Suite B
Las Vegas, NV 89101
pla@ashmanlaw.com
*ATTORNEY FOR PLAINTIFFS*

Dated: June 30, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

SAMUEL P. GO
Assistant Director

*s/ Shane A. Young*
SHANE A. YOUNG
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 535-4946
Email: Shane.A.Young@usdoj.gov
*ATTORNEYS FOR DEFENDANTS*

  IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: June 30, 2023