BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
SAMUEL P. GO
Assistant Director, Office of Immigration Litigation
SHANE A. YOUNG
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
D.C. Bar No. 1620020
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4946
Shane.a.young@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC GUTIERREZ and RATTANAPORN BOONSENA GUTIERREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General of the United States of America; ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security; UR M. JADDOU, Director of U.S. Citizenship and Immigration Services; and CLYDE MOORE, Field Office Director, Las Vegas Field Office, U.S. Citizenship and Immigration Services,<br><br>Defendants. | Case No. 2:22-cv-01895-ART-EJY<br><br>**Stipulation to Extend Defendants' Deadline to Answer or Otherwise Respond**<br><br>**(Second Request)** |

The above parties stipulate to an extension of Defendants' deadline to answer or otherwise respond to Plaintiffs' complaint up to and including August 31, 2023. There has been significant movement affecting Plaintiffs' underlying relief, and the parties are optimistic that an extension will allow this process to be completed outside of this court and absent further litigation. The parties conferred via e-mail on July 31, 2023.

This is the parties' second stipulation to extend time for Defendants to answer or otherwise respond to the complaint.

IT IS SO STIPULATED.

Dated: July 31, 2023

*s/ Peter Ashman (with permission)*
PETER ASHMAN
Attorney
617 S. 8th Street, Suite B
Las Vegas, NV 89101
pla@ashmanlaw.com
*ATTORNEY FOR PLAINTIFFS*

Dated: July 31, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

SAMUEL P. GO
Assistant Director

*s/ Shane A. Young*
SHANE A. YOUNG
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 535-4946
Email: Shane.A.Young@usdoj.gov
*ATTORNEYS FOR DEFENDANTS*

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: July 31, 2023

2